IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL TORRES,<br>  Plaintiff, | :<br>: CIVIL NO. 3:11-cv-1582<br>: |
| v. | : (Judge Mariani)<br>: |
| DR. JEFFREY YOCUM, *et al.*,<br>  Defendants | :<br>: |

## ORDER

**NOW,** this **30th day of May, 2014,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the Lebanon County Defendants' Motion for Summary Judgment, (Doc. 37), is **DENIED.**

_____
Robert D. Mariani
United States District Judge