## N THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL TORRES, | Civil No. 3:11-cv-1582 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DR. JEFFREY YOCUM, *et al.*, | |
| Defendants | |

### ORDER

**AND NOW**, this 31st day of March, 2016, upon consideration of Defendant Yocum's motion (Doc. 110) for summary judgment, and for the reasons set forth in the Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 110) for summary judgment is **DENIED**.

Robert D. Mariani
United States District Judge