# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL TORRES,<br>    Plaintiff | : | Civil No. 3:11-cv-1582 |
| | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| DR. JEFFREY YOCUM, et al.,<br>    Defendants | : | |

## ORDER

**AND NOW**, this 5th day of April, 2016, in accordance with the Memorandum of the same date, and upon consideration of the Lebanon County Defendants' motion in limine (Doc. 115) and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. The Lebanon County Defendants' motion in limine (Doc. 115) is **GRANTED** in part and **DENIED** in part, as follows:

    a. Plaintiff will be permitted to testify at trial to matters encompassed within FRE 803(3) and 803(4);

    b. Plaintiff will not be permitted to offer expert medical opinion testimony about the cause of his medical condition, his prognosis, or any other aspect of his treatment. Plaintiff will be allowed to offer lay opinion testimony if it is rationally based on Plaintiff's perception, helpful to clearly understand his testimony, or to determine a fact in issue, and is not based on scientific, technical, or other specialized knowledge within the scope of FRE 702.

2. The Lebanon County Defendants' motion in limine (Doc. 115) seeking to preclude the testimony of a retained expert, Dr. Deborah McMahon, is **DENIED** as moot.

Robert D. Mariani
United States District Judge