IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL TORRES,<br>    Plaintiff | : | Civil No. 3:11-cv-1582 |
| | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| DR. JEFFREY YOCUM, *et al.*,<br>    Defendants | : | |

## ORDER

**AND NOW**, this 5th day of April, 2016, in accordance with the Memorandum of the same date, and upon consideration of Defendant Yocum's motion in limine (Doc. 113), all accompanying briefs, and the agreements at the April 1, 2016 pretrial conference, **IT IS HEREBY ORDERED THAT:**

1. Defendant Yocum's motion in limine (Doc. 113) seeking to preclude the testimony of a retained expert, Dr. Deborah McMahon, is **DENIED** as moot.

2. Defendant Yocum's motion in limine (Doc. 113) seeking to preclude expert testimony from Plaintiff's past and current treating physicians is **GRANTED** in part and **DENIED** in part.

    a. The physicians who treated Plaintiff at any correctional institution where he was incarcerated may testify as to their respective diagnosis and treatment of Plaintiff.

    b. Any attempt to elicit expert opinion testimony from Plaintiff's treating physicians is subject to objection.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge