# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGEL TORRES,<br>　　　Plaintiff | Civil No. 3:11-cv-1582 |
| | (Judge Mariani) |
| v. | |
| DR. JEFFREY YOCUM, *et al.*,<br>　　　Defendants | |

## ORDER

**AND NOW**, this 6th day of April, 2016, in accordance with the Memorandum of the same date, and upon consideration of Plaintiff's motion in limine (Doc. 117), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion in limine (Doc. 117) is **GRANTED** in part and **RESERVED** in part, as follows:

    a. The motion is granted as to Plaintiff's request to preclude introduction of evidence of or reference to his prior arrests; and

    b. the Court reserves ruling on Plaintiff's motion to preclude the introduction of evidence of any prior conviction of the Plaintiff, whether for substantive or impeachment purposes until trial.

Robert D. Mariani
United States District Judge